| WEINSTEIN & RILEY, P.S.<br>Jerome A. Yelsky – SBN 75240<br>12100 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA 90025<br><br>Telephone:  310-820-6529<br>Facsimile:  310-826-2321<br><br>*Attorneys for* Chase Bank USA, N.A. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Jong Hyun Lee,<br><br>                                                                      Debtor. | |
| Chase Bank USA, N.A.,<br>                                                                      Plaintiff(s),<br><br>                              vs.<br><br>Jong Hyun Lee,<br>                                                                      Defendant. | CHAPTER 7<br><br>CASE NUMBER 08-16447 TD<br><br>ADVERSARY NUMBER 08-01645 TD<br><br>(No Hearing Required) |

# MOTION FOR DEFAULT JUDGMENT
# UNDER LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought: Jong Hyun Lee

2. Plaintiff filed the Complaint in the above-captioned proceeding on: 08/06/2008

3. The Summons and Complaint were served on Defendant by ☐ Personal Service ☒ Mail Service on the following date: 8/11/08

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on: 9/8/08

6. No Answer or other response has been filed or served by Defendant.

7. The default of Defendant:

    ☐   Has not yet been entered, but is hereby requested
    ☒   Was entered on: 10/3/08

(*Continued on Next Page*)

Rev. 5/98 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 9021-1.3



| In re Jong Hyun Lee, | CHAPTER 7 |
|---|---|
| Debtor | CASE NUMBER 08-16447 TD |

1. **A Status Conference:**

   a.    ☒    Is scheduled for 12/04/2008 at 10:00 AM 255 E. Temple St. Courtroom 1345 Los Angeles, CA 90012

   b.    ☐    Was held on:

2. As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:

   a.    ☐    Relies on the Complaint and documents attached thereto.

   b.    ☒    Attaches the following documents to establish a prima facie case:
   
   (1)    ☒    Declaration of: Yasemin Kabacaoglu
   
   (2)    ☒    Declaration of: Jerome A. Yelsky
   
   (3)    ☐    Other:

3.    ☒    As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities (*Optional*).

4.    **DECLARATION OF NON-MILITARY STATUS:** No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 (50 U.S.C. Appen. §501, et seq.). The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as tot defendant's non-military status.

12.    Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff. A copy of the proposed Default Judgment is submitted herewith and has been served.

Dated: _12/3/08_

   Respectfully submitted,

   WEINSTEIN & RILEY, P.S.
   *Firm Name*

   By:_/S/ Jerome A Yelsky_
   Name: Jerome A. Yelsky
   Attorneys for Plaintiff
   Chase Bank USA, N.A.



| In re Jong Hyun Lee | CHAPTER 7 |
|---|---|
| Debtor | CASE NUMBER 08-16447 TD |

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

12100 Wilshire Blvd., Suite 1100
Los Angeles, CA 75240

On _12/3/08_, I served the foregoing document described as: MOTION FOR DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 9021-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, CA, addressed as follows:

SEE ATTACHED MAILING LIST

☒   Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:____12/3/08_____

Heidy Valdes_____        _____/S/ Heidy Valdes_____
*Type Name*                                                         *Signature*



SERVICE LIST

Jong Hyun Lee
2331 Montrose Avenue #3
Montrose, CA 91020

Kelly R Cha
Attorney At Law
3435 Wilshire Blvd Suite 2920
Los Angeles, CA 90010

