WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky - 75240
12100 Wilshire Blvd, Suite 1100
Los Angeles, CA  90025

Telephone:  310-820-6529

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In Re: | Chapter 7 |
|---|---|
| Jong Hyun Lee, | Bankruptcy No. 08-16447 TD |
|     Debtor. | Adversary Case No. 08-01645 TD |
| | DECLARATION OF JEROME A. YELSKY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| Chase Bank USA, N.A. | DATE: 12/4/08 |
|     Plaintiff, | TIME: 10:00 AM |
| vs. | CTRM: 1345 |
| Jong Hyun Lee, | |
|     Defendant. | |

I, Jerome A. Yelsky, declare as follows:

1. I am Of Counsel to Weinstein & Riley, P.S. I have personal knowledge of the following facts and if called as a witness, I could and would competently testify thereto:

2. The Debtor(s)/Defendant(s) referenced in the above-captioned matter was/were served a copy of the Summons, Complaint and Notice of Status Conference on 8/11/08, by the Law Office of Weinstein & Riley, via the United States mail.

3. To date, the Law Firm of Weinstein & Riley has not received any responsive pleading from said Debtor(s)/Defendant(s), or attorney for such Debtor(s)/Defendant(s), if any.

4. It is believed that the Debtor(s)/Defendant(s) herein is a mature adult without any mental

Declaration of Jerome A. Yelsky in Support of Motion for Default Judgment- 1

1 impairments.

2 5. It is further believed that the Debtor(s)/Defendant(s) is not in the military, nor military
3 dependent.

4 I declare under penalty of perjury under the laws of the United States of America that the
5 foregoing is true and correct.

6 Executed on 12/3/08, at Los Angeles, California.

/S/ Jerome A Yelsky_____
Jerome A. Yelsky
Declarant

Declaration of Jerome A. Yelsky in Support of Motion for Default Judgment- 2