WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky – SNB 75240
12100 Wilshire Boulevard, Suite 1100
Los Angeles, CA 90025

Telephone: 310-820-6529
Facsimile:  310-826-2321

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In Re:<br>Jong Hyun Lee<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 08-16447 TD<br>Adversary Case No. 08-01645 TD<br>DECLARATION OF YASEMIN KABACAOGLU IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND ORDER FOR NONDISCHARGEABILITY |
| Chase Bank USA, N.A.<br><br>      Plaintiff,<br>vs.<br><br>Jong Hyun Lee<br><br>      Defendant(s). | DATE: 12/4/08<br>TIME: 10:00 AM<br>CTRM: 1345 |

I, YASEMIN KABACAOGLU, declare:

1.  I am the Substitute Custodian of Records on behalf of Plaintiff Chase Bank USA, N.A. (hereinafter referred to as "Plaintiff") I maintain office at 14 Penn Plaza, Suite 1300, New York, NY 10122.

2.  I am familiar with the matters herein stated by virtue of my review of and familiarity with Plaintiff's records generally, and those pertaining particularly to this matter.

3.  I have read the Complaint that has been filed in the above-captioned matter, and I herewith verify and acknowledge that, except as to those matters stated on information and belief, it is true and correct.

Declaration of Yasemin Kabacaoglu in Support of Motion for Default Judgment and Order of Nondischargeability - 1

4. In addition thereto, I have reviewed Plaintiff's Summons and Complaint and all pleadings related thereto.

5. Prior to the filing of Defendant's Petition, Plaintiff issued to Defendant a credit card under account XXXXXXXXXXXX6663.

6. On or about 05/10/2008, Defendant filed a Voluntary Petition under Chapter 7.

7. Defendant's outstanding balance owed to Plaintiff at the time of filing was $15,757.33 on account number XXXXXXXXXXXX6663.

8. Plaintiff seeks judgment only for recent charges made to the account(s).

9. A review of charges indicates that between 04/18/2008 and 04/23/2008, cash advances and/or consumer purchases were made in the amount of $6,731.00 on account number XXXXXXXXXXXX6663.

10. $6,731.00 of these transactions were made within the presumption period.

11. At the time the Defendant filed for bankruptcy relief, the Defendant's monthly income was $2,153.00, while the general monthly expenses were $2,153.00. And his unsecured debt was $366,044.00.

12. At the time the charges were made, it would appear that Defendant lacked sufficient income to make a minimum payment on any of his credit card accounts, as set forth in Schedule F.

13. I have been informed by attorneys for Plaintiff in this action that pursuant to paragraph 11 U.S.C. § 523 (a)(2)(A) and based on Defendant's failure to interpose an answer, Plaintiff has a good and meritorious cause of action and in all likelihood would prevail. Accordingly, said debt, in the amount of $6,731.00 as of the time of the filing, is nondischargeable pursuant to 11 U.S.C. § 523 (a)(2)(A).

14. Attached hereto and incorporated herein by reference as Plaintiff's Exhibit "B" are true and correct copies of statements mailed to Debtors/Defendants in connection with the account at issue from Chase Bank USA, N.A..

Declaration of Yasemin Kabacaoglu in Support of Motion for Default Judgment and Order of Nondischargeability - 2



15.     {Based on the statements provided in Exhibit B, the Defendants' account was not delinquent. Plaintiff's reliance, therefore, on the representation to repay was justified.}

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>November 26, 2008</u>, at New York, NY.

Yasemin Kabacaoglu
Chase Bank USA, N.A.



PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident and employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 12100 Wilshire Boulevard, Suite 1100, Los Angeles, CA 90025.

On 12/3/08, I served the foregoing **DECLARATION OF YASEMIN KABACAOGLU IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND ORDER FOR NONDISCHARGEABILITY** in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

SEE ATTACHED MAILING LIST

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12/3/08, at Los Angeles, California.

Heidy Valdes

Declaration of Yasemin Kabacaoglu in Support of Motion for Default Judgment and Order of Nondischargeability - 4



## SERVICE LIST

Jong Hyun Lee
2331 Montrose Avenue #3
Montrose, CA 91020

Kelly R Cha
Attorney At Law
3435 Wilshire Blvd Suite 2920
Los Angeles, CA 90010



Case 2:08-ap-01645-TD    Doc 7-3    Filed 12/03/08    Entered 12/03/08 09:59:49    Desc
Declaration of Yasemin    Page 6 of 15

Exhibit "B"

## Account Holder Informaton

| | Account Holder 1 | | Account Holder 2 |
|---|---|---|---|
| Name: | JONG LEE | Name: | |
| Address: | 2331 MONTROSE AVE APT 3 | Address: | |
| City\State\Zip | MONTROSE, CA 91020-1478 | City\State\Zip | |
| SSN: | ####-4782 | SSN: | |

## Statement Facsimile

Account Number: ####-####-####-6663

Statement Date: 5/16/2008    Current Balance: $15,757.33    Credit Limit: $8,900.00

| Posting Date | Reference | Transaction Date | Description | CR | Amount |
|---|---|---|---|---|---|
| 05/11/2008 | | 05/11/2008 | LATE FEE | D | $39.00 |
| 04/23/2008 | 24316058113548583051841 | 04/21/2008 | SHELL OIL 57442773602    PICO | D | $25.30 |
| 04/23/2008 | 24316058113548584051840 | 04/21/2008 | SHELL OIL 57442773602    PICO | D | $61.79 |
| 04/23/2008 | 24013398113021381196065 | 04/21/2008 | J TOWN            LOS A | D | $608.37 |
| 04/23/2008 | 24122478113900014503755 | 04/21/2008 | VOGUE SHOES        LOS A | D | $80.00 |
| 04/23/2008 | 24122478113900014503722 | 04/21/2008 | VOGUE SHOES        LOS A | D | $150.00 |
| 04/22/2008 | 74266851133424000011975 | 04/22/2008 | RETURNED PAYMENT FEE | D | $39.00 |
| 04/22/2008 | 24112688112900400400019 | 04/19/2008 | ALLSTATE EXPRESS AMERICA MONTE | D | $4,888.25 |
| 04/22/2008 | 74266851133424000011975 | 04/17/2008 | Returned Payment | D | $6,700.00 |
| 04/21/2008 | 24224438112030002457533 | 04/20/2008 | EMPIRE LAKES GOLF    RANCH | D | $30.17 |
| 04/21/2008 | 24412898111980000239598 | 04/19/2008 | TRILOGY GOLF CLUB - F&B CORON | D | $31.50 |
| 04/21/2008 | 24122478111900014000044 | 04/18/2008 | COFFEE BREAK        LOS A | D | $25.00 |
| 04/21/2008 | 24122478111900014000010 | 04/18/2008 | COFFEE BREAK        LOS A | D | $15.00 |
| 04/21/2008 | 24071058111987186257701 | 04/18/2008 | MARKET WORLD        RANCH | D | $77.24 |
| 04/20/2008 | 24493988110286399900010 | 04/19/2008 | EL RANCHO VERDE GOLF RIALT | D | $50.00 |
| 04/20/2008 | 24316058110548652036247 | 04/18/2008 | SHELL OIL 57442773602    PICO | D | $63.56 |
| 04/20/2008 | 24717058110581102892823 | 04/18/2008 | DELTA AIR  0067129571192LOS A | D | $170.00 |
| 04/20/2008 | 24717058110581103262174 | 04/18/2008 | AGENT FEE 8908129712027EAST | D | $70.00 |
| 04/20/2008 | 24717058110131105362794 | 04/18/2008 | HEUNG RAE GAK        LOS A | D | $23.00 |
| 04/20/2008 | 24717058110581102892815 | 04/18/2008 | DELTA AIR  0067129571191LOS A | D | $170.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/18/2008 | 24692168109000768443 382 | 04/18/2008 | HELIO 888-8 | D | $156.53 |
| 04/17/2008 | 11081082900005244665 508 | 04/17/2008 | Payment - Thank You | C | ($6,700.00) |
| 04/17/2008 | 24610438107004096715 014 | 04/16/2008 | 7-ELEVEN 33656 Q39 FONTA | D | $60.00 |
| 04/17/2008 | 24423638107263146649 753 | 04/16/2008 | 7-ELEVEN 33656 Q05 FONTA | D | $16.98 |
| 04/16/2008 | | 04/16/2008 | PURCHASE *FINANCE CHARGE* | D | $167.38 |
| 04/16/2008 | | 04/16/2008 | PURCHASE *FINANCE CHARGE* | D | $31.89 |
| 04/16/2008 | 24717058107121074160 936 | 04/15/2008 | VALENTINE GIFTS LOS A | D | $800.00 |
| 04/10/2008 | | 04/10/2008 | LATE FEE | D | $39.00 |
| 03/16/2008 | | 03/16/2008 | PURCHASE *FINANCE CHARGE* | D | $45.21 |
| 03/16/2008 | | 03/16/2008 | PURCHASE *FINANCE CHARGE* | D | $160.35 |
| 03/14/2008 | 10740740500000460301 401 | 03/14/2008 | Payment - Thank You | C | ($500.00) |
| 03/14/2008 | 10740740500000460301 393 | 03/14/2008 | Payment - Thank You | C | ($500.00) |
| 03/12/2008 | | 03/12/2008 | LATE FEE | D | $39.00 |
| 02/18/2008 | 24122478048900012700 379 | 02/16/2008 | DONG HAE HAE MUL TANG LOS A | D | $1.00 |
| 02/15/2008 | | 02/15/2008 | PURCHASE *FINANCE CHARGE* | D | $45.22 |
| 02/15/2008 | | 02/15/2008 | PURCHASE *FINANCE CHARGE* | D | $171.16 |
| 02/11/2008 | 10420420500000462350 170 | 02/11/2008 | Payment - Thank You | C | ($500.00) |
| 02/11/2008 | 10420420500000462350 162 | 02/11/2008 | Payment - Thank You | C | ($500.00) |
| 02/11/2008 | 24122478041900010500 067 | 02/08/2008 | RIO BAR LOS A | D | $890.00 |
| 02/10/2008 | | 02/10/2008 | LATE FEE | D | $39.00 |
| 01/29/2008 | 24071058028987139071 029 | 01/27/2008 | TREASURE ISLAND LOS A | D | $490.00 |
| 01/20/2008 | 24164078018619766508 001 | 01/18/2008 | UNION 76 76900406 LOS A | D | $6.44 |
| 01/16/2008 | | 01/16/2008 | PURCHASE *FINANCE CHARGE* | D | $171.21 |
| 01/16/2008 | | 01/16/2008 | PURCHASE *FINANCE CHARGE* | D | $43.24 |
| 01/11/2008 | 10110110300000475941 852 | 01/11/2008 | Payment Thank You Electronic C | C | ($800.00) |
| 01/10/2008 | | 01/10/2008 | LATE FEE | D | $39.00 |
| 01/02/2008 | 24164078001619518994 425 | 12/31/2007 | UNION 76 10007268 LOS A | D | $50.06 |
| 12/26/2007 | 24071057358987138012 406 | 12/23/2007 | DAN SUNG SA LOS A | D | $40.00 |
| 12/23/2007 | 24323007355263030010 235 | 12/21/2007 | MURASAKI LOS A | D | $276.04 |
| 12/16/2007 | | 12/16/2007 | PURCHASE *FINANCE CHARGE* | D | $32.45 |
| 12/16/2007 | | 12/16/2007 | PURCHASE *FINANCE CHARGE* | D | $174.03 |
| 12/16/2007 | 13493490500000580931 173 | 12/15/2007 | Payment - Thank You | C | ($1,000.00) |
| 12/16/2007 | 24717057349643492203 527 | 12/14/2007 | CURRY HOUSE LITTLE TOKYO LOS A | D | $44.94 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Jong Hyun Lee                                        ,
                              Debtor

Case No. _____

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 560,000.00 | | |
| B - Personal Property | Yes | 3 | 31,850.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 586,780.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 366,044.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,153.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,153.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 591,850.00 | | |
| Total Liabilities | | | | 952,824.00 | |

B6F (Official Form 6F) (12/07)

In re  Jong Hyun Lee                                                    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3727-323728-01009 American Express P.O. Box 0001 Los Angeles, CA 90096-0001 | | - | 07' Credit card purchases | | | | 7,347.00 |
| Account No. 3715-322455-82005 American Express (Costco) P.O Box 0001 Los Angeles, CA 90096-0001 | | - | 07' Credit card purchases | | | | 7,570.00 |
| Account No. AND Appare, Inc. P.O. Box 15371 Los Angeles, CA 90015 | | - | 07' duplicate | | | | 0.00 |
| Account No. AND Apparel, Inc. c/o Park & Lim 3435 Wilshire Blvd., Suite 2920 Los Angeles, CA 90010 | | - | 07' Lawsuit | | | | 30,000.00 |

__4__ continuation sheets attached

Subtotal (Total of this page)    44,917.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Jong Hyun Lee
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>AND Sportswear, Inc.<br>c/o Park & Lim<br>3435 Wilshire Blvd., Suite 2920<br>Los Angeles, CA 90010 | - | | 07'<br>Lawsuit | | | | 3,272.00 |
| Account No.<br>AND Sportswear, Inc.<br>1753 South Hil Street Unit #1<br>Los Angeles, CA 90015 | - | | 07'<br>duplicate | | | | 0.00 |
| Account No. 4888-9320-1327-4397<br>Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | - | | 07'<br>Credit card purchases | | | | 23,670.00 |
| Account No. CQ 2202277<br>CAP USA<br>c/o American Agencies<br>P.O. Box 2829<br>Torrance, CA 90509-2829 | - | | 07'<br>duplicate - collection | | | | 0.00 |
| Account No.<br>CAP USA dba Big Bang Corp.<br>100 W. 17th Street # 21<br>Los Angeles, CA 90015 | - | | 07'<br>Account payable | | | | 36,149.00 |

Sheet no. _1_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  63,091.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Jong Hyun Lee                                              ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. CRM 40381033<br><br>Century Radiology Med Grp Inc<br>P.O. Box 190<br>Simi Valley, CA 93062-0190 | | - | 08'<br>medical services | | | | 236.00 |
| Account No. 5490-9237-2004-4907<br><br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | - | 07'<br>Credit card purchases | | | | 5,478.00 |
| Account No. 4246-3119-7313-1029<br><br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | - | 07'<br>Credit card purchases | | | | 25,561.00 |
| Account No. 4122-5100-1494-2240<br><br>Citi Card<br>P.O. Box 6401<br>The Lakes, NV 88901-6401 | | - | 07'<br>Credit card purchases | | | | 10,570.00 |
| Account No. 6011-2987-0265-3654<br><br>Discover<br>P.O. Box 3008<br>New Albany, OH 43054-3008 | | - | 07'<br>Credit card purchases | | | | 9,700.00 |

Sheet no. _2_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   51,545.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Jong Hyun Lee
_____,
            Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Korea Export Insurance Corp.<br>915 Wilshire Blvd., #1640<br>Los Angeles, CA 90017 | - | | | 07'<br>personal liability for corporate payable | | | | 148,125.00 |
| Account No. 08106005699<br><br>Los Angeles City Fire Department<br>Emergency Medical Services Billing<br>Unit 200 N. Main Street, Room 1620<br>Los Angeles, CA 90012-4177 | - | | | 07'<br>Service | | | | 947.00 |
| Account No. 4388-5400-1408-6663<br><br>Marriott Care<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | - | | | 07<br>Credit card purchases | | | | 7,868.00 |
| Account No. V00105094264<br><br>Olympic Medical Center<br>Dept. 6127<br>Los Angeles, CA 90084-6127 | - | | | 08'<br>medical services | | | | 39,156.00 |
| Account No. HB070602<br><br>SBIS, Inc. dba Sun Bay Int'l<br>17902 Star of India Lane<br>Carson, CA 90746 | - | | | 07'<br>Service | | | | 6,477.00 |

Sheet no. _3_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  202,573.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Jong Hyun Lee                                                     ,                Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 19732 <br><br> Shahram F. Ravan, M.D. <br> 436 No Bedford Drive #214 <br> Beverly Hills, CA 90210 | - | | 08' <br> medical services | | | | 50.00 |
| Account No. 480487423 <br><br> T-Mobile <br> P.O. Box 742596 <br> Cincinnati, OH 45274-2596 | - | | 07' <br> Service | | | | 274.00 |
| Account No. 4185-8710-3735-1627 <br><br> Washington Mutual <br> P.O. Box 78065 <br> Phoenix, AZ 85062 | - | | 07' <br> Credit card purchases | | | | 1,778.00 |
| Account No. M80 803258724 <br><br> Westside Emergency Med Assoc. <br> P.O. Box 661748 <br> Arcadia, CA 91066-1748 | - | | 08' <br> medical services | | | | 916.00 |
| Account No. 5034 <br><br> Zarrabi, Mirali M.D. <br> 435 N. Bedford Drive #312 <br> Beverly Hills, CA 90210 | - | | 08' <br> medical services | | | | 900.00 |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 3,918.00

Total (Report on Summary of Schedules) 366,044.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Jong Hyun Lee** _____  Case No. _____
                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Wife, Son, Son | AGE(S): 36, 6, 8 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): _____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): **Assistance from friends** | $ 2,153.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,153.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,153.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,153.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Jong Hyun Lee_____     Case No. _____
                       Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
| a. Are real estate taxes included?  Yes ___  No _X_ | |
| b. Is property insurance included?  Yes ___  No _X_ | |
| 2. Utilities: a. Electricity and heating fuel | $ 80.00 |
| b. Water and sewer | $ 40.00 |
| c. Telephone | $ 25.00 |
| d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 650.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 15.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 13.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 220.00 |
| e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 810.00 |
| b. Other _____ | $ 0.00 |
| c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
| Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 2,153.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I     $ 2,153.00
   b. Average monthly expenses from Line 18 above           $ 2,153.00
   c. Monthly net income (a. minus b.)                       $ 0.00